IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR275 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERAMIE D. WATTS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [30]. Counsel states the defendant's pretrial release status and cites new prosecutorial policy regarding charging, pleas and sentencing, both of which may impact the parties' negotiating efforts. The undersigned magistrate judge finds that good cause exists for the requested continuance of 30-days. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [30] is granted, as follows:

1. The jury trial, now set for February 7, 2023, is continued to **March 28, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 28, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

DATED: January 24, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge